**Motion Granted; Abatement Order filed November 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00637-CV**

_____

**EDWARD MAYO, Appellant**

**V.**

**FIVE STAR MERCHANT SERVICES, INC., Appellee**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-26253**

## ABATEMENT ORDER

On October 31, 2013, appellant filed an agreed motion to abate this appeal so that the parties may continue settlement negotiations. We **GRANT** the motion and issue the following order:

The court **ORDERS** the appeal **ABATED** for a period of twenty-one days, and the appellate deadlines in this case are suspended for **twenty-one days** from the date of this order.

If the parties are successful in their settlement negotiations, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within **ten days** from the conclusion of the abatement period. If no settlement agreement is reached, appellant shall file his brief at the end of the abatement period.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket for a period of twenty-one days. The appeal will be reinstated on this court's active docket after twenty-one days. Any party may file a motion stating grounds for reinstating the appeal before the end of the abatement period. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may file a motion to extend the abatement period to finalize a settlement.

PER CURIAM